| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/21/2020 |
| EDWIN P. MONTENEGRO, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>                -against-<br><br>ALPHA RECOVERY CORP.,<br><br>                Defendant. | 1:18-cv-11320-MKV<br><br>ORDER OF<br>DISMISSAL |

**MARY KAY VYSKOCIL, United States District Judge:**

Plaintiff filed a letter on ECF which informed the Court that the Parties have reached a settlement [ECF #27]. Accordingly, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by May 21, 2020. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: April 21, 2020**
       **New York, NY**

                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**